DEBTOR:     JAVIER MORZAN
Bankruptcy Case Number:  20-18765 LMI
Petition Filing Date:  August 14, 2020
Creditor:  Reef Club Condominium Association, Inc.
Property Address:  16658 NE 26th Avenue, Unit 2C, North Miami Beach 33160

| | |
|---|---:|
| Monthly Maintenance due 08/01/17-12/01/17 at $482.00 each | $ 2,410.00 |
| Monthly Maintenance due 01/01/18-04/01/18 at $554.00 each | 2,216.00 |
| Monthly Maintenance due 05/01/18-12/01/20 at $604.00 each | 19,328.00 |
| Special Assessment (Pool Wall) due 09/01/15-09/01/15 at $224.76 each | 224.76 |
| Special Assessment due 09/01/20-12/01/20 at $244.08 each | 976.32 |
| Late Fee due 08/10/17-12/10/20 at $25.00 each | 1,225.00 |
| Late Fee (SA) due 09/10/20-12/10/20 at $25.00 each | 100.00 |
| Interest | 6,082.09 |
| Certified/Registered Mail, Return Receipt Requested | 34.14 |
| Cost of Placing and Releasing Lien | 39.00 |
| Foreclosure Title Report | 65.00 |
| Deed Search | 6.50 |
| Service of Process | 240.00 |
| Court Filing Fee | 415.00 |
| Legal Fees | 5,220.00 |
| SUBTOTAL | $38,581.81 |
| Less payments | (11,974.00) |
| **TOTAL** | **$26,607.81** |

EXHIBIT A

14491414v.1 R00412/403893