UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: JAVIER MORZAN

      Debtor.

Case Number: 20-18765-LMI
Chapter 7

_____/

## NOTICE OF FIING

Creditor, REEF CLUB CONDOMINIUM ASSOCIATION, INC., by and through the undersigned counsel, and per the Court's instructions at the December 28, 2020 hearing, files the following:

1. Breakdown of total amount owed to Creditor by Debtor Javier Morzan;

2. Breakdown of legal fees incurred by Creditor in both the state foreclosure action and the bankruptcy proceeding.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail or by CM/ECF to: Debtor, Javier Morzan, javiermorzan@hotmail.com; Trustee, Marcia T. Dunn, 66 W. Flagler St., Ste. 400, Miami, Florida 33130, Attorney for the Trustee, Michael P. Dunn, Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, Florida 33130, michael.dunn@dunnlawpa.com; U.S. Trustee, Office of the U.S. Trustee, 51 SW 1st Avenue, Suite 1204, Miami, Florida 33130, on this 5th day of January 2021.

                              BECKER & POLIAKOFF, P.A.
                              Attorneys for Secured Creditor,
                              Reef Club Condominium Association, Inc.
                              1 East Broward Blvd., Suite 1700
                              Fort Lauderdale, Florida 33301
                              Phone: (954) 985-4102
                              Fax: (954) 987-5940
                              Primary: cofoservicemail@beckerlawyers.com
                              BY: */s / K. Joy Mattingly*
                                    K. Joy Mattingly, Esq.
                                    Florida Bar #17391