## Ledger Inquiry for The Reef Club Condominium Association, Inc.

**Matter:** Morzan, Javier E. - 16658 NE 26th Avenue
**Property Address:** 16558 NE 26th Avenue, Unit 2C, North Miami Beach 33160

| Transaction Date | Transaction Description | Transaction Amount | Running Total Balance |
|---|---|---:|---:|
| 09/01/2015 | Special Assessment (Pool Wall) | 224.76 | $224.76 |
| 08/01/2017 | Monthly Maintenance | 482.00 | $706.76 |
| 08/10/2017 | Late Fee | 25.00 | $731.76 |
| 09/01/2017 | Monthly Maintenance | 482.00 | $1,213.76 |
| 09/10/2017 | Late Fee | 25.00 | $1,238.76 |
| 10/01/2017 | Monthly Maintenance | 482.00 | $1,720.76 |
| 10/10/2017 | Late Fee | 25.00 | $1,745.76 |
| 11/01/2017 | Monthly Maintenance | 482.00 | $2,227.76 |
| 11/10/2017 | Late Fee | 25.00 | $2,252.76 |
| 12/01/2017 | Monthly Maintenance | 482.00 | $2,734.76 |
| 12/10/2017 | Late Fee | 25.00 | $2,759.76 |
| 01/01/2018 | Monthly Maintenance | 554.00 | $3,313.76 |
| 01/10/2018 | Late Fee | 25.00 | $3,338.76 |
| 02/01/2018 | Monthly Maintenance | 554.00 | $3,892.76 |
| 02/08/2018 | Check No. 222 | -482.00 | $3,410.76 |
| 02/08/2018 | Interest | 265.32 | $3,676.08 |
| 02/10/2018 | Late Fee | 25.00 | $3,701.08 |
| 03/01/2018 | Monthly Maintenance | 554.00 | $4,255.08 |
| 03/10/2018 | Late Fee | 25.00 | $4,280.08 |
| 04/01/2018 | Monthly Maintenance | 554.00 | $4,834.08 |
| 04/10/2018 | Late Fee | 25.00 | $4,859.08 |
| 05/01/2018 | Monthly Maintenance | 604.00 | $5,463.08 |
| 05/10/2018 | Late Fee | 25.00 | $5,488.08 |
| 05/10/2018 | Late Fee | 25.00 | $5,513.08 |
| 06/01/2018 | Monthly Maintenance | 604.00 | $6,117.08 |
| 06/10/2018 | Late Fee | 25.00 | $6,142.08 |
| 06/10/2018 | Late Fee | 25.00 | $6,167.08 |
| 07/01/2018 | Monthly Maintenance | 604.00 | $6,771.08 |
| 07/10/2018 | Late Fee | 25.00 | $6,796.08 |
| 07/10/2018 | Late Fee | 25.00 | $6,821.08 |
| 08/01/2018 | Monthly Maintenance | 604.00 | $7,425.08 |
| 08/10/2018 | Late Fee | 25.00 | $7,450.08 |

## Ledger Inquiry for The Reef Club Condominium Association, Inc.

**Matter:** Morzan, Javier E. - 16658 NE 26th Avenue
**Property Address:** 16558 NE 26th Avenue, Unit 2C, North Miami Beach 33160

| Transaction Date | Transaction Description | Transaction Amount | Running Total Balance |
|---|---|---:|---:|
| 08/10/2018 | Late Fee | 25.00 | $7,475.08 |
| 08/16/2018 | Payment | -604.00 | $6,871.08 |
| 08/16/2018 | Interest | 498.64 | $7,369.72 |
| 09/01/2018 | Monthly Maintenance | 604.00 | $7,973.72 |
| 09/10/2018 | Late Fee | 25.00 | $7,998.72 |
| 09/10/2018 | Late Fee | 25.00 | $8,023.72 |
| 10/01/2018 | Monthly Maintenance | 604.00 | $8,627.72 |
| 10/10/2018 | Late Fee | 25.00 | $8,652.72 |
| 10/10/2018 | Late Fee | 25.00 | $8,677.72 |
| 11/01/2018 | Monthly Maintenance | 604.00 | $9,281.72 |
| 11/10/2018 | Late Fee | 25.00 | $9,306.72 |
| 11/10/2018 | Late Fee | 25.00 | $9,331.72 |
| 12/01/2018 | Monthly Maintenance | 604.00 | $9,935.72 |
| 12/10/2018 | Late Fee | 25.00 | $9,960.72 |
| 12/10/2018 | Late Fee | 25.00 | $9,985.72 |
| 01/01/2019 | Monthly Maintenance | 604.00 | $10,589.72 |
| 01/10/2019 | Late Fee | 25.00 | $10,614.72 |
| 02/01/2019 | Monthly Maintenance | 604.00 | $11,218.72 |
| 02/10/2019 | Late Fee | 25.00 | $11,243.72 |
| 03/01/2019 | Monthly Maintenance | 604.00 | $11,847.72 |
| 03/10/2019 | Late Fee | 25.00 | $11,872.72 |
| 03/21/2019 | Payment | -604.00 | $11,268.72 |
| 03/21/2019 | Interest | 999.56 | $12,268.28 |
| 04/01/2019 | Monthly Maintenance | 604.00 | $12,872.28 |
| 04/04/2019 | Payment | -604.00 | $12,268.28 |
| 04/04/2019 | Interest | 79.79 | $12,348.07 |
| 04/10/2019 | Late Fee | 25.00 | $12,373.07 |
| 04/23/2019 | Payment | -604.00 | $11,769.07 |
| 04/23/2019 | Interest | 112.74 | $11,881.81 |
| 05/01/2019 | Monthly Maintenance | 604.00 | $12,485.81 |
| 05/10/2019 | Late Fee | 25.00 | $12,510.81 |
| 05/15/2019 | Payment | -604.00 | $11,906.81 |

## Ledger Inquiry for The Reef Club Condominium Association, Inc.

**Matter:** Morzan, Javier E. - 16658 NE 26th Avenue
**Property Address:** 16558 NE 26th Avenue, Unit 2C, North Miami Beach 33160

| Transaction Date | Transaction Description | Transaction Amount | Running Total Balance |
|---|---|---:|---:|
| 05/15/2019 | Payment | -808.00 | $11,098.81 |
| 05/15/2019 | Interest | 133.08 | $11,231.89 |
| 06/01/2019 | Monthly Maintenance | 604.00 | $11,835.89 |
| 06/04/2019 | Payment | -808.00 | $11,027.89 |
| 06/04/2019 | Payment | -604.00 | $10,423.89 |
| 06/04/2019 | Interest | 111.67 | $10,535.56 |
| 06/10/2019 | Late Fee | 25.00 | $10,560.56 |
| 07/01/2019 | Monthly Maintenance | 604.00 | $11,164.56 |
| 07/10/2019 | Late Fee | 25.00 | $11,189.56 |
| 08/01/2019 | Monthly Maintenance | 604.00 | $11,793.56 |
| 08/10/2019 | Late Fee | 25.00 | $11,818.56 |
| 08/29/2019 | Payment | -808.00 | $11,010.56 |
| 08/29/2019 | Interest | 472.74 | $11,483.30 |
| 08/30/2019 | Payment | -808.00 | $10,675.30 |
| 08/30/2019 | Interest | 5.66 | $10,680.96 |
| 09/01/2019 | Monthly Maintenance | 604.00 | $11,284.96 |
| 09/10/2019 | Legal Fees | 367.50 | $11,652.46 |
| 09/10/2019 | Late Fee | 25.00 | $11,677.46 |
| 09/10/2019 | Certified/Registered Mail | 11.82 | $11,689.28 |
| 10/01/2019 | Monthly Maintenance | 604.00 | $12,293.28 |
| 10/10/2019 | Late Fee | 25.00 | $12,318.28 |
| 10/22/2019 | Cost of Placing/Releasing Lien | 26.00 | $12,344.28 |
| 10/23/2019 | Deed Search | 3.25 | $12,347.53 |
| 10/23/2019 | Certified/Registered Mail | 10.82 | $12,358.35 |
| 11/01/2019 | Monthly Maintenance | 604.00 | $12,962.35 |
| 11/10/2019 | Late Fee | 25.00 | $12,987.35 |
| 11/29/2019 | Payment | -604.00 | $12,383.35 |
| 11/29/2019 | Payment | -808.00 | $11,575.35 |
| 11/29/2019 | Interest | 531.75 | $12,107.10 |
| 12/01/2019 | Monthly Maintenance | 604.00 | $12,711.10 |
| 12/10/2019 | Late Fee | 25.00 | $12,736.10 |
| 12/13/2019 | Legal Fees | 87.50 | $12,823.60 |

## Ledger Inquiry for The Reef Club Condominium Association, Inc.

**Matter:** Morzan, Javier E. - 16658 NE 26th Avenue
**Property Address:** 16558 NE 26th Avenue, Unit 2C, North Miami Beach 33160

| Transaction Date | Transaction Description | Transaction Amount | Running Total Balance |
|---|---|---:|---:|
| 12/26/2019 | Payment | -808.00 | $12,015.60 |
| 12/26/2019 | Interest | 168.65 | $12,184.25 |
| 01/01/2020 | Monthly Maintenance | 604.00 | $12,788.25 |
| 01/10/2020 | Late Fee | 25.00 | $12,813.25 |
| 01/28/2020 | Payment | -604.00 | $12,209.25 |
| 01/28/2020 | Interest | 206.33 | $12,415.58 |
| 02/01/2020 | Monthly Maintenance | 604.00 | $13,019.58 |
| 02/10/2020 | Late Fee | 25.00 | $13,044.58 |
| 03/01/2020 | Monthly Maintenance | 604.00 | $13,648.58 |
| 03/10/2020 | Late Fee | 25.00 | $13,673.58 |
| 04/01/2020 | Legal Fees | 35.00 | $13,708.58 |
| 04/01/2020 | Monthly Maintenance | 604.00 | $14,312.58 |
| 04/10/2020 | Late Fee | 25.00 | $14,337.58 |
| 04/15/2020 | Payment | -604.00 | $13,733.58 |
| 04/15/2020 | Interest | 517.19 | $14,250.77 |
| 04/28/2020 | Legal Fees | 70.00 | $14,320.77 |
| 05/01/2020 | Monthly Maintenance | 604.00 | $14,924.77 |
| 05/05/2020 | Cost of Placing/Releasing Lien | 13.00 | $14,937.77 |
| 05/05/2020 | Deed Search | 3.25 | $14,941.02 |
| 05/05/2020 | Legal Fees | 140.00 | $15,081.02 |
| 05/05/2020 | Certified/Registered Mail | 11.50 | $15,092.52 |
| 05/05/2020 | Legal Fees | 630.00 | $15,722.52 |
| 05/10/2020 | Late Fee | 25.00 | $15,747.52 |
| 05/15/2020 | Legal Fees | 175.00 | $15,922.52 |
| 05/18/2020 | Legal Fees | 227.50 | $16,150.02 |
| 05/19/2020 | Payment | -604.00 | $15,546.02 |
| 05/19/2020 | Interest | 243.92 | $15,789.94 |
| 05/20/2020 | Legal Fees | 52.50 | $15,842.44 |
| 05/22/2020 | Legal Fees | 35.00 | $15,877.44 |
| 05/28/2020 | Legal Fees | 157.50 | $16,034.94 |
| 05/28/2020 | Legal Fees | 405.50 | $16,440.44 |
| 06/01/2020 | Monthly Maintenance | 604.00 | $17,044.44 |

## Ledger Inquiry for The Reef Club Condominium Association, Inc.

**Matter:** Morzan, Javier E. - 16658 NE 26th Avenue
**Property Address:** 16558 NE 26th Avenue, Unit 2C, North Miami Beach 33160

| Transaction Date | Transaction Description | Transaction Amount | Running Total Balance |
|---|---|---:|---:|
| 06/10/2020 | Late Fee | 25.00 | $17,069.44 |
| 06/18/2020 | Legal Fees | 142.00 | $17,211.44 |
| 06/18/2020 | Foreclosure Title Report | 65.00 | $17,276.44 |
| 06/19/2020 | Payment | -604.00 | $16,672.44 |
| 06/19/2020 | Interest | 232.10 | $16,904.54 |
| 06/26/2020 | Court Filing Fee | 415.00 | $17,319.54 |
| 06/26/2020 | Service of Process | 240.00 | $17,559.54 |
| 06/26/2020 | Legal Fees | 262.50 | $17,822.04 |
| 06/26/2020 | Legal Fees | 420.00 | $18,242.04 |
| 07/01/2020 | Monthly Maintenance | 604.00 | $18,846.04 |
| 07/10/2020 | Late Fee | 25.00 | $18,871.04 |
| 08/01/2020 | Monthly Maintenance | 604.00 | $19,475.04 |
| 08/10/2020 | Late Fee | 25.00 | $19,500.04 |
| 09/01/2020 | Monthly Maintenance | 604.00 | $20,104.04 |
| 09/01/2020 | Special Assessment | 244.08 | $20,348.12 |
| 09/10/2020 | Legal Fees | 262.50 | $20,610.62 |
| 09/10/2020 | Late Fee (SA) | 25.00 | $20,635.62 |
| 09/10/2020 | Legal Fees | 595.00 | $21,230.62 |
| 09/10/2020 | Late Fee | 25.00 | $21,255.62 |
| 10/01/2020 | Special Assessment | 244.08 | $21,499.70 |
| 10/01/2020 | Monthly Maintenance | 604.00 | $22,103.70 |
| 10/10/2020 | Late Fee (SA) | 25.00 | $22,128.70 |
| 10/10/2020 | Late Fee | 25.00 | $22,153.70 |
| 11/01/2020 | Monthly Maintenance | 604.00 | $22,757.70 |
| 11/01/2020 | Special Assessment | 244.08 | $23,001.78 |
| 11/10/2020 | Late Fee | 25.00 | $23,026.78 |
| 11/10/2020 | Late Fee (SA) | 25.00 | $23,051.78 |
| 12/01/2020 | Special Assessment | 244.08 | $23,295.86 |
| 12/01/2020 | Monthly Maintenance | 604.00 | $23,899.86 |
| 12/10/2020 | Legal Fees (Bankruptcy) | 1155.00 | $25,054.86 |
| 12/10/2020 | Late Fee | 25.00 | $25,079.86 |
| 12/10/2020 | Late Fee (SA) | 25.00 | $25,104.86 |

## Ledger Inquiry for The Reef Club Condominium Association, Inc.

**Matter:** Morzan, Javier E. - 16658 NE 26th Avenue
**Property Address:** 16558 NE 26th Avenue, Unit 2C, North Miami Beach 33160

| Transaction Date | Transaction Description | Transaction Amount | Running Total Balance |
|---|---|---|---|
| 12/10/2020 | Interest | 1502.95 | $26,607.81 |