UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: JAVIER MORZAN

Case Number: 20-18765 LMI
Chapter 7

    Debtor.
_____/

## MOTION TO ENFORCE ORDER ON MOTION FOR RELIEF FROM STAY

Creditor, THE REEF CLUB CONDOMINIUM ASSOCIATION, INC., files this Motion to Enforce Order on Motion for Relief From Stay against Debtor, JAVIER MORZAN, and in support thereof states:

1. On May 14, 2021, the Court entered an Order on Motion From Relief From Stay (D.E. 71).

2. Per the Court's May 14, 2021 Order, Debtor was ordered to remit payment of $732.24 for the special assessment installments due on December 2020, January 2021 and February 2021 within thirty (30) days, i.e. on or before June 14, 2021.

3. Debtor has failed to remit payment of $732.24, in violation of the Court's May 14, 2021 Order.

WHEREFORE, Creditor REEF CLUB CONDOMINIUM ASSOCIATION, INC., respectfully request that this Court enter an Order enforcing the Order on Motion For Relief From Stay against Debtor, JAVIER MORZAN, and for such other relief as this Court deems necessary.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail or by CM/ECF to: Debtor, Javier Morzan, javiermorzan@hotmail.com; Trustee, Marcia T. Dunn, 66 W. Flagler St., Ste. 400, Miami, Florida 33130, Attorney for the Trustee, Michael P. Dunn, Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, Florida 33130,

LAW OFFICES
BECKER & POLIAKOFF, P.A.
1 EAST BROWARD BLVD. • SUITE 1700 • FORT LAUDERDALE, FLORIDA 33301
TELEPHONE Broward: (954) 985-4102 • Miami-Dade / Keys: (305) 260-1021 • Palm Beach / Treasure Coast: (561) 820-2887
14081979v.1 R00412/403893

michael.dunn@dunnlawpa.com; U.S. Trustee, Office of the U.S. Trustee, 51 SW 1st Avenue, Suite 1204, Miami, Florida 33130, on this 28th day of June, 2021.

> BECKER & POLIAKOFF, P.A.
> 1 East Broward Blvd., Suite 1700
> Fort Lauderdale, Florida 33301
> Phone: (954) 985-4102
> Fax: (954) 987-5940
> Primary: cofoservicemail@beckerlawyers.com
>
> BY: */s / K. Joy Mattingly*
> K. Joy Mattingly
> Florida Bar #17391

14081979v.1 R00412/403893