

ORDERED in the Southern District of Florida on May 24, 2022.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                                  Case No.  20-18765-BKC-LMI

JAVIER MORZAN,                                              Chapter 7

        Debtor.
_____/

## ORDER DENYING DEBTOR'S
## MOTION REQUESTING DISCHARGE OF THE BANKRUPTCY

This matter came before the Court on May 23, 2022 at 9:30 a.m. upon the Debtor's Motion Requesting Discharge of the Bankruptcy (ECF #105) (the "Motion"). The Court has reviewed the Motion, the record, and all relevant matters. Accordingly, it is

**ORDERED AS FOLLOWS**:

1. For the reasons stated on the record, the Motion is DENIED without prejudice as premature.

### ###

Copies furnished to:
Javier Morzan, *pro se* Debtor

*The Clerk of Court shall serve a conformed copy of this order upon all parties in interest.*